# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Jaguar Land Rover Limited
Abbey Road, Whitley
Coventry CV3 4LF
United Kingdom
+44 (0) 192 664 1111

Jaguar Land Rover North America, LLC
100 Jaguar Land Rover Way
Mahwah, NJ 07495
(201) 818-8500

        Plaintiffs (Complainants),

        v.

Porsche AG
Dr. Ing. h.c. F. Porsche AG
Porscheplatz 1
D - 70435 Stuttgart, Germany

Porsche Cars North America, Inc.,
One Porsche Drive
Atlanta, GA 30354

Volkswagen AG
Berliner Ring 2
38440 Wolfsburg, Germany

Volkswagen Group of America, Inc.
2200 Ferdinand Porsche Drive,
Herndon, VA, 20171

**Civil Action No. Misc. _____**

Case: 1:21–mc–00017
Assigned To : Cooper, Christopher R.
Assign. Date : 2/18/2021
Description: Misc.

Automobili Lamborghini S.p.A.
Via Modena, 12
Sant'Agata Bolognese, Italy

Automobili Lamborghini America, LLC
2200 Ferdinand Porsche Drive,
Herndon, VA, 20171

Audi AG
Auto-Union-Straße 1
85057 Ingolstadt, Germany

Audi of America, LLC
2200 Ferdinand Porsche Dr
Herndon, VA, 20171

        Defendants (Respondents).

## PETITIONERS' MOTION SEEKING THE ISSUANCE OF A REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION TO PROCURE EVIDENCE FROM DAVID ANDREW CLARE

Petitioners Dr. Ing. h.c. F. Porsche AG., Porsche Cars North America, Inc., Volkswagen

AG, Volkswagen Group of America, Inc., Automobili Lamborghini S.p.A, Automobili

Lamborghini America, LLC, Audi AG, and Audi of America, LLC (collectively, "Petitioners"),

the Respondents in *Certain Vehicle Control Systems, Vehicles Containing the Same, and*

*Components Thereof,* Inv. No. 1235 before the United States International Trade Commission

("the Investigation"), respectfully request that this Court issue, under its seal and signature, the

attached Request for International Judicial Assistance Pursuant to the Hague Convention on the

Taking of Evidence Abroad in Civil or Commercial Matters ("Letter of Request"). The Letter of

Request seeks documents and deposition testimony from David Andrew Clare, located in the

United Kingdom at the following location:

> David Andrew Clare
> 22 Timms Road
> Banbury
> OXFORDSHIRE
> OX16 9DL
> United Kingdom

In the 337-TA-1235 Investigation, Petitioners have been accused of infringing U.S.

Patent No. RE46,828 ("the '828 patent").  The evidence sought by Petitioners is highly relevant

to Petitioners' defense that the '828 patent, the patent at issue in the Investigation, is invalid and

unenforceable. Additionally, the evidence sought cannot be obtained by Petitioners by alternate

means.

Administrative Law Judge MaryJoan McNamara, who presides over the Investigation,

has issued findings that the Letter of Request seeks evidence relevant to the Investigation. An

order from Judge McNamara recommending that this Court issue the Letter of Request is

attached to this Motion (Exhibit 1). Additionally, due to statutory time limitations on ITC

investigations, Judge McNamara requests that the Court expedite the issuance of the Letter of

Request.

For at least the foregoing reasons and the reasons set forth in more detail in the

accompanying memorandum of law, Petitioners respectfully request that the Court assign a

Judge to this matter and issue the attached Letter of Request (Exhibit 2) as soon as the Court

deems appropriate.

February 18, 2021                                    Respectfully submitted,


_____
COUNSEL FOR DR. ING. H.C. F. PORSCHE AG.,
PORSCHE CARS NORTH AMERICA, INC.,
VOLKSWAGEN AG, VOLKSWAGEN GROUP
OF AMERICA, INC., AUTOMOBILI
LAMBORGHINI S.P.A, AUTOMOBILI
LAMBORGHINI AMERICA, LLC, AUDI AG,
AND AUDI OF AMERICA, LLC

Daniel E. Yonan
Uma Everett
STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.
1100 New York Avenue, NW
Washington, DC 20005
(202) 371-2600